UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MICHAEL MITCHELL and STEVEN
LANGA, on behalf of themselves and
those similarly situated,

        Plaintiffs,                  CASE NO.:

vs.

NATIONWIDE TRANSPORT SERVICES
LLC, a Florida Limited Liability
Company,

        Defendant.           /

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, MICHAEL MITCHELL and STEVEN LANGA, on behalf of themselves and those similarly situated, by and through the undersigned attorney, sue the Defendant, NATIONWIDE TRANSPORT SERVICES LLC, a Florida Limited Liability Company, and alleges:

1. Plaintiffs, MICHAEL MITCHELL and STEPHEN LANGA, on behalf of themselves and those similarly situated, were employees of Defendant and bring this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiffs, and those similarly situated were employees who worked at Defendant's property within the last three years in Orange County, Florida.

3. Plaintiffs, and those similarly situated, worked for Defendant as hourly paid employees at an hourly rate of $10.00 per hour.

4. Plaintiffs, and those similarly situated, worked as "Freight Brokers" for Defendant.

5. At all times material to this cause of action, Plaintiffs, and those similarly situated, were non-exempt employees and therefore entitled to overtime wages for any and all overtime hours worked.

6. Defendant, NATIONWIDE TRANSPORT SERVICES LLC, is a Florida Limited Liability Company that operates and conducts business in Broward County, Florida and is therefore, within the jurisdiction of this Court.

7. Defendant, NATIONWIDE TRANSPORT SERVICES LLC, lists its principal address as 2937 W. Cypress Creek Road, Suite 101, Fort Lauderdale, Florida 33309. See Florida's Division of Corporations website at www.Sunbiz.org

8. According to Defendant's website, NATIONWIDE TRANSPORT SERVICES LLC claims to be a full service auto transport carrier and broker. Defendant utilizes satellite GPS tracking systems in their own trucks so customers can see where their vehicle is at all times. See https://NationwideTransportServices.com/about.asp

9. Defendant maintains offices in Fort Lauderdale, West Palm Beach, Seattle, Anchorage, Dallas, Los Angeles, Phoenix, Boca Raton, and Chicago. *Id*

10. Defendant, through the Florida Department of Corrections, employs incarcerated inmates through a "work release program" that incentivizes employers to hire inmates in exchange for tax credits.

11. Plaintiffs, and those similarly situated, were employed by Defendant through said work release program.

12. Plaintiffs were incarcerated in the Orange County Corrections jail located at 3723 Vision Blvd., Orlando, Florida 32839.

13. Plaintiffs worked for Defendant at their Orlando office located at 250 N. Orange Ave., #1110, Orlando, Florida 32801.

14. Each day that Plaintiffs worked for Defendant through the work release program, Plaintiffs were required to abide by certain conditions;

   a. Plaintiffs were required to sign in and out when leaving/entering the correctional facility.

   b. Plaintiffs were required to wear a GPS monitoring device.

   c. Plaintiffs were not allowed to leave the vicinity of their employer (250 N. Orange Ave., #1110, Orlando, Florida 32801).

15. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

16. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

17. During Plaintiffs' employment with Defendant, Defendant, NATIONWIDE TRANSPORT SERVICES LLC, earned more than $500,000.00 per year in gross sales.

18. Defendant, NATIONWIDE TRANSPORT SERVICES LLC, employed in excess of one-hundred (100) employees and paid these employees plus earned a profit from their business.

19. During Plaintiffs' employment, Defendant, NATIONWIDE TRANSPORT SERVICES LLC, employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce such as cars and motorcycles, agricultural equipment such as tractors, GPS trackers, and other tools/materials used to run the business.

20. Therefore, at all material times relevant to this action, Defendant, NATIONWIDE TRANSPORT SERVICES LLC, was an enterprise covered by the FLSA, and as defined by 29

U.S.C. §203(r) and 203(s).

21. Additionally, Plaintiffs, and those similarly situated, were/are individually covered under the FLSA.

### FLSA Violations

22. At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiffs, and those similarly situated, performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiffs, and those similarly situated, for all overtime hours worked.

23. During their employment with Defendant, Plaintiffs, and those similarly situated, were not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

24. Specifically, Defendant failed to compensate Plaintiffs, and those similarly situated, for all overtime hours worked during one or more workweeks.

25. Plaintiffs, and those similarly situated, routinely worked in excess of forty (40) hours per week.

26. Defendant had a practice of not compensating Plaintiffs for any work beyond 102 hours per bi-weekly pay period.

27. Despite working in excess of forty (40) hours per week, Defendant failed to compensate Plaintiffs, and those similarly situated, for all overtime hours worked during one or more workweeks.

28. Plaintiff is entitled to the full time and one-half compensation ($15.00/Overtime hour) for all hours worked in excess of forty (40) per week.

29. Based upon these above policies, Defendants have violated the FLSA by failing to

pay complete overtime pay.

30. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiffs are in the possession and custody of Defendant.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

31. Plaintiffs reincorporate and readopt all allegations contained within Paragraphs 1-30 above as though stated fully herein.

32. Plaintiffs, and those similarly situated, are/were entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week.

33. During their employment with Defendant, Plaintiffs, and those similarly situated, worked overtime hours but were not paid time and one-half compensation for all overtime hours worked.

34. Defendant has failed to provide accurate overtime compensation for numerous pay periods.

35. Defendant did not have a good faith basis for their decision not to pay Plaintiffs. And those similarly situated, full overtime compensation.

36. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiffs, and those similarly situated, time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiffs have suffered damages plus incurred reasonable attorneys' fees and costs.

37. As a result of Defendant's willful violation of the FLSA, Plaintiffs, and those similarly situated, are entitled to liquidated damages.

38. Plaintiffs demand a trial by jury.

WHEREFORE, Plaintiffs, MICHAEL MITCHELL and STEPHEN LANGA demand judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this ___19th___ day of May, 2020

                                                     /s/ Matthew Gunter
                                                    Matthew Gunter (May 19, 2020 11:55 EDT)
                                                    Matthew R. Gunter, Esq.
                                                    FBN 0077459
                                                    Morgan & Morgan, P.A.
                                                    20 N. Orange Ave., 16th Floor
                                                    P.O. Box 4979
                                                    Orlando, FL 32802-4979
                                                    Telephone: (407) 420-1414
                                                    Facsimile: (407) 867-4791
                                                    Email: mgunter@forthepeople.com
                                                    Attorneys for Plaintiff