UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MICHAEL MITCHELL and STEVEN
LANGA, on behalf of themselves and
those similarly situated,

    Plaintiffs,

v.                                         CASE NO.: 0:20-cv-60989-RKA

NATIONWIDE TRANSPORT
SERVICES LLC, a Florida Limited
Liability Company,

    <u>Defendant.</u>

### JOINT NOTICE OF COMPLIANCE AND REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Order [D.E. 10], hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

\_\_\_\_\_    Have settled the case.

\_\_\_\_\_    Have not settled the case but wish to continue settlement discussions.

  X     The parties participated in a settlement conference as directed by this Court during the June 8, 2020 status conference and pursuant to the Order [D.E. 10] via multiple phone calls and emails on June 11, 2020 and June 12, 2020. The parties estimate that they spent 1-2 hours conducting settlement communications. The parties were unable to reach a settlement, but wish to continue settlement discussions.

RESPECTFULLY SUBMITTED, this 12th day of June 2020, by:

                                                        /s/ **MATTHEW GUNTER**

>Matthew Gunter, Esq.
>FLBN: 0077459
>Morgan & Morgan, P.A.
>20 N. Orange Avenue, Suite 1600
>Orlando, FL  32801
>Telephone: (407) 420-1414
>Facsimile: (407) 867-4791
>Email: MGunter@forthepeople.com
>COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send a notice of electronic filing to all parties of record this 12th day of June, 2020.

>**/s/ MATTHEW GUNTER**
>Matthew Gunter, Esq.