UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MICHAEL MITCHELL and STEVEN
LANGA, on behalf of themselves and
those similarly situated,

    Plaintiffs,

v.                                      CASE NO.: 0:20-cv-60989-RKA

NATIONWIDE TRANSPORT
SERVICES LLC, a Florida Limited
Liability Company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, MICHAEL MITCHELL and STEVEN LANGA, by and through the undersigned counsel, and hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Dated this 17th day of June, 2020.

                                                    Respectfully submitted,

                                                    /s/ MATTHEW GUNTER
                                                    Matthew Gunter, Esq.
                                                    FBN 0077459
                                                    Morgan & Morgan, P.A.
                                                    P.O. Box 530244
                                                    Atlanta, GA 30353-0244
                                                    Telephone:   (407) 420-1414
                                                    Facsimile: (407) 867-4791
                                                    Email: MGunter@forthepeople.com
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2020, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.